CINCINNATI BAR ASSOCIATION *v.* SULLIVAN.

[Cite as Cincinnati Bar Assn. *v.* Sullivan (1991), 59 Ohio St. 3d 157.]

(No. 90-2531—Submitted February 13, 1991—Decided May 8, 1991.)

158

*Charles E. Hamilton* and *Beth A. Myers,* for relator.

*Sharon A. Sullivan, pro se.*

*Per Curiam.* We have reviewed the record and agree with the board's findings and recommendation. Accordingly, we publicly reprimand Sullivan and tax costs to her.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.